No. 02–1824. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION v. HALEY. C. A. 5th Cir. [Certiorari granted, *ante*, p. 945.] Motion of respondent for appointment of counsel granted, and Eric M. Albritton, Esq., of Longview, Tex., is appointed to serve as counsel for respondent in this case.

No. 02–9065. MUHAMMAD, AKA MEASE v. CLOSE. C. A. 6th Cir. [Certiorari granted, 539 U. S. 925.] Motion of respondent for leave to file a surreply brief granted.

No. 02–11034. SWINT v. UNITED STATES. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 803] denied.

No. 02–11356. SIVAK v. JOHNSON ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 802] denied.

No. 03–5385. NABELEK v. BRADFORD ET AL. Ct. App. Tex., 14th Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 802] denied.

No. 03–5940. ELDRIDGE v. UNITED STATES. Ct. App. D. C. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 804] denied.

No. 03–6002. ROWELL v. NEVADA. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 963] denied.

No. 02–11062. WASHINGTON v. STATE STREET BANK & TRUST CO. ET AL. C. A. 1st Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 808] denied. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 03–107. UNITED STATES v. LARA. C. A. 8th Cir. [Certiorari granted, 539 U. S. 987.] Motion of the Solicitor General to dispense with printing the joint appendix granted.